A. SIDNEY MALCOMSON, Respondent, *v.* MONATON REALTY INVESTING CORPORATION, Appellant.

Reported below, 154 App. Div. 694.
(Submitted April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a contract of guaranty.

The motion was made upon the ground that the exceptions were frivolous.

*Henry L. Maxson* for motion.

*Thornton J. Theall* opposed.

Motion denied, with ten dollars costs.